# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00389-CV

**Shauna Johnson, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 205,242-B, HONORABLE CHARLES H. VAN ORDEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shauna Johnson filed her notice of appeal on April 22, 2005, and the appellate record was filed on July 28, 2005. On September 8, 2005, the Clerk of this Court sent Johnson notice that her brief was overdue and that her appeal would be dismissed for want of prosecution if she did not respond to this Court by September 19, 2005. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Prosecution

Filed: October 13, 2005